AO91 (Rev. 12/03)   Criminal Complaint                                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Jose Guadalupe VAZQUEZ-Jimenez<br>A208 453 015  Mexico | Case Number: 1:19-po-1601 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 14, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was apprehended in Progreso, Texas on March 14, 2019. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Progreso, Texas on March 14, 2019 thus avoiding immigration inspection.

Defendant had $3.00 USD at time of apprehension.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Fayett, Bernardo I.   Border Patrol Agent
Signature of Complainant

Fayett, Bernardo I.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 15, 2019                                              at   Brownsville, Texas
Date                                                                  City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge                  Signature of Judge